THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNEST DAVIS, Appellant.

Submitted February 4, 2013; decided March 28, 2013

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain the motion from the order of the Appellate Term (*see* CPLR 5602 [a]). Motion for poor person relief dismissed as academic.